UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00016 |
| ) | Hon. William J. Haynes, Jr. |
| JAMAHL SAUNDERS ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, Jamahl Saunders requests that the court permit him to file a motion under seal. In support of this motion, defendant would show the following: The "Administrative Practice and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order No. 167 at ¶ 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal.

*s/ William I. Shockley*, BPR #26137
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
(615) 497-8550

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means through the CM/ECF filing system on the 23rd day of June, 2012 to J. Alex Little, Assistant United States Attorney.

*s/ William I. Shockley*